FILED

08 FEB -7 AM 10: 25

BY: _____ PM _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0358

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PHILLIPE SOTO-PADILLA,<br>Material Witness. | Magistrate Case No. _____<br>[Related to Criminal Case No. 05CR2239-BEN]<br><br>**MATERIAL WITNESS COMPLAINT**<br><br>Title 18, United States Code, Section 3144 |

**BEFORE** Magistrate Judge Ruben B. Brooks, United States District Court, San Diego, California,

The undersigned complainant, being duly sworn, states that:

**PHILLIPE SOTO-PADILLA**, as outlined in the attached Statement of Facts, has information that is relevant to a criminal proceeding, and securing his presence will be impracticable without the filing of a material witness complaint.

THOMAS STEELE
Senior Patrol Agent, U.S. Border Patrol

Sworn to before me, and subscribed in my presence, February 7, 2008.

Hon. RUBEN B. BROOKS
United States Magistrate Judge