FILED

08 FEB -7 AM 10: 25

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

POU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0358

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>   v.<br><br>PHILLIPE SOTO-PADILLA,<br>   Material Witness. | Magistrate Case No. _____<br>[Related to Criminal Case No. 05CR2239-BEN]<br><br>**STATEMENT OF FACTS FOR**<br>**MATERIAL WITNESS COMPLAINT**<br><br>Title 18, United States Code, Section 3144 |

  I, Senior Patrol Agent THOMAS STEELE, declare under penalty of perjury that the following is true and correct, based on upon statements in the investigative reports by the apprehending agents and other documents in the case file:

**A.** **Arrest of Defendants on Alien-Smuggling Charges (December 2, 2005)**

  On December 2, 2005, Senior Patrol Agent ("SPA") Felipe Rodriguez and SPA Luis Martinez of the U.S. Border Patrol encountered three (3) individuals near Garcia's Market grocery store in Brawley, California. All three individuals admitted they were Mexican citizens illegally in the United States. After placing them under arrest, one of the undocumented aliens, material witness Martha Ramirez-Elizondo, stated that they had escaped from a house in Brawley and walked a few miles. Ramirez-Elizondo agreed to take them to the location of the house and directed them to a building located at 362 Wilson Street #4, Brawley, California.

  After arriving at 362 Wilson Street #4, Ramirez-Elizondo identified someone standing outside on the street as a caretaker of the house. This person was later identified as defendant Jose Angel RIVAS-Pozos ("RIVAS"), who had previously been arrested in connection with the harboring and smuggling of illegal aliens at this residence. RIVAS claimed that he lived in El Centro and that he was simply visiting his godfather at 362 Wilson Street #3 (the unit directly beside 362 Wilson Street #4). However, RIVAS' California Identification Card indicated an address of 362 Wilson Street, Brawley, California.

  SPA Robert Perez, who also reported to the scene, walked with RIVAS to Unit 3 to check out

his story. At Unit 3, SPA Perez encountered defendants Emilio REYES-Bosque ("REYES") and Jose Luis RAMIREZ-Esqueda ("RAMIREZ"). RAMIREZ was previously arrested for alien-smuggling on March 12, 2001. Similarly, REYES has had prior criminal and immigration contacts. Furthermore, during a previous alien-smuggling apprehension on January 17, 2005, a principal had stated that he was taking his load to 362 Wilson Street and that he drove for a man named "Emilio."

A search of 362 Wilson Street #4 revealed an additional eighteen (18) undocumented aliens. During their post-<u>Miranda</u> statements, both RAMIREZ and RIVAS admitted their participation in the alien-smuggling enterprise. Both stated that they work for codefendant REYES. Specifically, RAMIREZ stated that REYES hired him to scout the Border Patrol checkpoints. RIVAS stated that he transports aliens to Los Angeles for REYES.

During his post-<u>Miranda</u> interview, REYES denied any knowledge of alien-smuggling at 362 Wilson Street. However, during her videotaped deposition on February 2, 2006, one of the material witnesses, Alejandra Elias-Montes, identified REYES as the person who had come into 362 Wilson Street #4 to take down the names of all the illegal aliens and later organized them into two groups to attempt to drive through the checkpoint to Los Angeles.

**B.   <u>Indictment of Defendants on Alien-Smuggling Charges (December 14, 2005)</u>**

On December 14, 2005, the grand jury for the Southern District of California returned a 12-count indictment in criminal case number 05CR2239-BEN, charging each of the defendants [handwritten: PEYAS-RAMIREZ, AND RIVAS] with various offenses relating to (1) bringing aliens into the United States for the purpose of commercial advantage and private financial gain, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2, and (2) concealing, harboring and shielding from detection aliens in a building located at 362 Wilson Street, Brawley, California, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (v)(II).

**C.   <u>Superseding Indictment of Defendant REYES for 8 U.S.C. § 1327 (February 7, 2008)</u>**

This morning, the grand jury handed down a Superseding Indictment, charging defendant REYES with, among other things, Aiding Aggravated Felon Aliens to Enter the United States, in violation of 8 U.S.C. § 1327. This charge also arises from the events of December 2, 2005. The alleged aggravated felon alien is material witness PHILLIPE SOTO-PADILLA.

//

3

**D.   Need for Material Witness PHILLIPE SOTO-PADILLA**

Material witness PHILLIPE SOTO-PADILLA was one of the smuggled aliens who were apprehended at 362 Wilson Street #4 on December 2, 2005, although he was not held as a material witness at that time. Material witness PHILLIPE SOTO-PADILLA therefore likely has information concerning the alien-smuggling activities that took place on and before December 2, 2005. In addition, material witness PHILLIPE SOTO-PADILLA's testimony is essential to the new charge of Aiding Aggravated Felon Aliens to Enter the United States, in violation of 8 U.S.C. § 1327. Material witness PHILLIPE SOTO-PADILLA has been convicted of second-degree robbery with a firearm in California state court. He would be needed to testify concerning his criminal history and the circumstances surrounding his entry into the United States. No other witness currently in custody qualifies as an "aggravated felon" for the purposes of a prosecution under 8 U.S.C. § 1327.

**E.   Impracticability of Securing Material Witness Aguila-Sandoval's Presence by Subpoena**

Material witness PHILLIPE SOTO-PADILLA is a citizen of a country other than the United States. He has admitted that he is deportable. (Indeed, he pled guilty in this District to Being a Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326.) His testimony is material to Criminal Case No. 05CR2239-BEN, and it is impracticable to secure his presence at trial by subpoena. Since PHILLIPE SOTO-PADILLA is a material witness in relation to this criminal proceeding, he should be held or admitted to bail pursuant to 18 U.S.C. § 3144.

_____
THOMAS STEELE, Patrol Agent
Senior Patrol Agent, U.S. Border Patrol

Sworn to before me, and subscribed in my presence, February 7, 2008.

_____
Hon. RUBEN B. BROOKS
United States Magistrate Judge

4