UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Magistrate Case No. 08MJ0358** |
|---|---|---|
| | ) | *Related to:* |
| Plaintiff, | ) | Criminal Case No. 05CR2239-BEN |
| v. | ) | |
| | ) | **MOTION AND ORDER TO DISMISS** |
| PHILLIPE SOTO-PADILLA, | ) | **MATERIAL WITNESS COMPLAINT** |
| | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Defendant. | ) | |

<u>MOTION TO DISMISS</u>

COMES NOW the United States Attorney, KAREN P. HEWITT, and Assistant U.S. Attorney ANDREW G. SCHOPLER, and hereby moves to **dismiss, without prejudice**, the material witness complaint against PHILLIPE SOTO-PADILLA (the "Material Witness") in the interests of justice.

<u>ORDER</u>

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled material witness complaint, which was filed pursuant to Title 18, U.S.C., Section 3144, on February 7, 2008, before Magistrate Judge RUBEN B. BROOKS, be **dismissed, without prejudice,** as to material witness PHILLIPE SOTO-PADILLA.

**1**   IT IS FURTHER ORDERED that bond be exonerated, if bond was
**2** posted, or that the Material Witness be released, if in custody.
**3**   IT IS FURTHER ORDERED that any outstanding court dates are
**4** hereby vacated as to the Material Witness.
**5**   DATED: February 25, 2008

**6**

**7**                                       _____
**8**                                       Hon. RUBEN B. BROOKS
                                        United States Magistrate Judge

**9** Presented by:

**10** KAREN P. HEWITT
   United States Attorney
**11**

**12**
   _____
**13** ANDREW G. SCHOPLER
   Assistant U.S. Attorney
**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**