# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

RECEIVED

2008 FEB 12 AM 8:20

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA )

vs )

Phillipe Soto-Padilla )

CASE NUMBER __08 mj 358 RBB__

ABSTRACT OF ORDER

Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___2/25/08___

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

RUBEN B. BROOKS

UNITED STATES MAGISTRATE JUDGE

OR

Received_____
         DUSM

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY